An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT STEWART A/K/A ROBERT
EARL STEWART,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63298

**FILED**

JUN 24 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Maline_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion filed pursuant to NRCP 60(b). Eighth Judicial District Court, Clark County; Michelle Leavitt, Judge.

Because no statute or court rule permits an appeal from an order denying a motion filed pursuant to NRCP 60(b) in a criminal case, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

SUPREME COURT
OF
NEVADA

(O) 1947A

13 - 18497

cc: Hon. Michelle Leavitt, District Judge
Robert Stewart
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A